LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

CASE NO.

| PARTIES | |
|---|---|
| Plaintiff:
CAPITAL ONE BANK (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060 | Our File No. K534449 |

VS.

Defendant(s):

1. DANIEL A GEORGE
418 POSSUM CT
CAPITOL HGTS MD 20743-3514

Serve by:
☐ Certified Mail
☒ Private Process
☐ Constable
☐ Sheriff

2. 
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3. 
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4. 
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

**ATTORNEYS**

For Plaintiff - Name, Address & Telephone Number & Code
Philip J. Collins, MD#2272
Protas, Spivok & Collins, LLC
4330 East West Highway, Suite 900
Bethesda, Maryland 20814-4454                    phone (301) 469-3600

---

COMPLAINT ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim
The particulars of this case are:

1. Plaintiff, through counsel sues the Defendant(s) for $852.60, being the balance due and owing by Defendant(s) to plaintiff for merchandise sold and delivered and/or services rendered and/or credit extended upon presentation by Defendant(s) of a Mastercard credit card.

2. Despite demand, Defendant(s) refuses and continues to refuse payment thereon.

AW 12 CV 0788

_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

MAR 1 3 2012

(See Continuation Sheet)
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Plaintiff claims:
☐ **$852.60** plus interest of **$20.72** and attorney's fees of **$.00** plus court costs.
☐ Return of the property and damages of $ _____
for its detention in an action of replevin.
☐ Return of the property or its value, plus damages of
$ _____ for its detention in action of detinue.

☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Philip J. Collins, MD#2272          Our File No. K534449
Telephone Number: (301) 469-3600, fax (301) 469-3601

---

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant _____ is/are in the military service
Name
☒ No Defendant is in the military service and the facts supporting this statement are: According to the Servicemembers Civil Relief Act (SCRA) web site the defendant(s) is/are not in the military. (See attached report)
Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.
☐ I am unable to determine whether or not any Defendant is in the military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

June 2, 2011
Date                                             Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☒ Properly authenticated copy of any note, security agreement upon which claim is based. ☒ Itemized statement of account ☒ Interest work sheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☒ _____ of the Plaintiff herein and am competent to testify to the matters stated herein this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

June 2, 2011
Date                                             SEE ATTACHED
Signature of Affiant

DC/CV1 (front)(Rev. 3/2011)